## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21532-CIV-UNGARO

WAYNE DiSALVO, et al.,
     Plaintiff(s),

v.

SARAH PAULINE SIMMONS, et al.,
     Defendant(s).
_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Response to the Court's Order to Show Cause Dated September 26, 2008, filed September 29, 2008 (D.E. 10).

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.  Plaintiffs filed this action on May 28, 2008 and, as such, was required to serve the Defendants by September 25, 2008 and make proof thereof with the Court in accordance with Fed. R. Civ. P. 4(l).  On September 26, 2008, the Court entered an Order requiring Plaintiff to file proof of service upon the Defendants no later than September 30, 2008 (D.E. 9).  Plaintiff responded on September 29, 2008, representing that the Defendants have not been served due to ongoing settlement negotiations in a related matter and requests the Court to stay the action up to and including December 1, 2008. (Resp. ¶ 7.)  The Court denies this request for stay and finds that Plaintiffs have failed to comply with Fed. R. Civ. P. 4.  Accordingly, it is hereby

ORDERED and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of September, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:

counsel of record